CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant Mirza Ali

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 02-40081-CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **ALLOWING TRAVEL** |
| v. | ) | |
| | ) | |
| MIRZA ALI and SAMEENA ALI | ) | |
| | ) | |
| Defendants/Appellants. | ) | |
| | ) | |
| _____ | ) | |

Mirza and Sameena Ali's son currently has a play running in New York. Accordingly, they are requesting a modification of their bail conditions to permit periodic travel to New York.

Defense counsel has discussed this with Pretrial Services Officer, Paul Mameral, who stated that he has no objection to travel provided that Ms. Ali provide prior notice and an itinerary to Mr. Mameral prior to travel.

Accordingly, the parties agree to a modification of the terms of release to allow travel to New York on the condition stated above.

STIPULATION AND ORDER ALLOWING TRAVEL
No. CR 02-40081 CW

1      IT IS SO STIPULATED.

2

3    Date: August 26, 2009

4                                                    **/s/**  Christopher Cannon
                                                     Christopher J. Cannon
5                                                    Counsel for Mirza Ali

6

7

8    Date:  August 26, 2009                          _____/s/_____
                                                     Karen Landau
9                                                    Counsel for Sameena Ali

10

11

12   Date:  August 26, 2009                          _____/s/_____
                                                     Stephen Corrigan
13                                                   Assistant United States Attorney

14

15      IT IS SO ORDERED.

16

17

18   Date:   August 27, 2009
                                                     _____
19                                                   The Honorable Wayne D. Brazil
                                                     United States Magistrate Judge
20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER ALLOWING TRAVEL
No. CR 02-40081 CW