United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

MIRZA ALI, et al.,

      Defendants.

_____/

No. CR 02-40081 CW

ORDER ON BRIEFING
IN LIGHT OF NINTH
CIRCUIT OPINION

    The Ninth Circuit recently reversed Defendants Mirza and Sameena Ali's convictions under counts eleven through twenty and it affirmed the remaining convictions and the sentences.  The Ninth Circuit's mandate issued on December 21, 2010.

    In light of the reversal, the Court orders the parties to brief what, if any, further proceedings are required.  The government's brief shall be due fourteen days from the date of this Order.  Defendants Mirza and Sameena Ali's briefs shall be due seven days after the government's brief is filed, and the government may file a reply brief seven days thereafter.

    IT IS SO ORDERED.

Dated: 12/21/2010

_____
CLAUDIA WILKEN
United States District Judge