**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-40081 CW |
| Plaintiff, | ORDER GRANTING DEFENDANT MIRZA ALI'S REQUEST FOR MODIFICATION OF COURT'S JANUARY 27, 2011 ORDER (Docket No. 692) |
| v. | |
| MIRZA ALI, SAMEENA ALI, KEITH GRIFFEN and WILLIAM GLUSHENKO, | |
| Defendants. | |
| _____/ | |

On January 27, 2011, the Court issued an order concerning the service of Defendants' sentences.  With respect to Defendant Mirza Ali, who is currently in state custody, the Court stated, "The government shall lodge Mirza Ali's judgment and commitment order as a detainer against him in state custody; his federal sentence shall begin upon his release from state custody."  Jan. 27, 2011 Order at 3.  Defendant Mirza Ali moves to amend the Court's Order to omit the second clause of this sentence.

The Court GRANTS Defendant Mirza Ali's motion.  (Docket No. 692.)  An amended order, which supersedes the Court's January 27, 2011 Order, will follow.

IT IS SO ORDERED.


Dated: 2/10/2011

_____
CLAUDIA WILKEN
United States District Judge