IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MIRZA ALI, SAMEENA ALI, KEITH GRIFFEN and WILLIAM GLUSHENKO,<br><br>      Defendants.<br>_____/ | No. CR 02-40081 CW<br><br>AMENDED ORDER CONCERNING SERVICE OF DEFENDANTS' SENTENCES |

    On December 21, 2010, the Ninth Circuit issued its mandate in United States v. Ali, 620 F.3d 1062 (9th Cir. 2010).  In Ali, the Ninth Circuit reversed Defendants Mirza Ali's and Sameena Ali's convictions for promotion money laundering, but upheld their other convictions and this Court's sentence of sixty months of imprisonment and the forfeiture of property.  The Ninth Circuit also upheld Defendant Keith Griffen's convictions and his sentence of thirty-three months of imprisonment. Defendant William Glushenko did not appeal his sentence, based on a guilty plea, of one year of probation.  Pursuant to this Court's prior orders, Defendants are to begin serving their sentences on or before Saturday, February 19, 2011.

    Plaintiff United States of America moves for an order directing Mirza Ali, Sameena Ali and Griffen to surrender by February 19 and directing Glushenko to begin serving his one-year term of probation by the same date.  Mirza Ali is currently in state custody and asserts that the government's motion is moot. Sameena Ali asks the Court to maintain the stay of her sentence,

pending resolution of her forthcoming petition for a writ of certiorari.  Sameena Ali also asks the Court to recommend that she be assigned to the Federal Correctional Institution in Dublin, California (FCI Dublin) to serve her sentence.  Griffen asks for an additional thirty days to surrender, asserting that he believes that it will require at least six weeks for him to receive a designation from the Bureau of Prisons.  He also claims that such an extension is also warranted because he currently resides in Oregon, which he maintains has added to the difficulty of ensuring an expedient designation.  Griffen also moves for an order requiring briefing and setting a hearing on whether he should remain free on bail pending his forthcoming certiorari petition; he asks the Court to continue his surrender date until after it resolves this question.  Finally, Griffen asks the Court to recommend that he be assigned to a federal prison camp.  Glushenko did not respond to the government's motion.  The government opposes Sameena Ali's and Griffen's requests for an extension of the surrender deadline; it does not oppose Sameena Ali's request to be recommended for placement at FCI Dublin.

    Sameena Ali's and Griffen's arguments do not justify a lengthy extension of the February 19, 2011 surrender deadline.  The Ninth Circuit denied Defendants' petitions for rehearing en banc and Mirza Ali and Sameena Ali's motion to stay issuance of the mandate pending resolution of their forthcoming certiorari petitions.[1]  Griffen cites 18 U.S.C. § 3143(b) to argue that he should remain

---

[1] Griffen did not move to stay the Ninth Circuit's mandate.

2

free on bail. However, his general, non-specific arguments do not establish that his appeal to the Supreme Court "raises a substantial question of law or fact likely to result in" the reversal of his conviction, "an order for a new trial," "a sentence that does not include a term of imprisonment," or "a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." Id. § 3143(b)(1)(B). Additional briefing on this matter is not necessary. Griffen had fourteen days to respond to the government's motion and could have included more substantive arguments; he did not do so, either in his opposition or his subsequent response. Griffen's request for an additional thirty days is also unwarranted.

    Accordingly, the Court orders as follows. The government shall lodge Mirza Ali's judgment and commitment order as a detainer against him in state custody. Sameena Ali and Griffen shall, before 2:00 p.m. on March 10, 2011, surrender for service of their sentences at the institution designated by the Bureau of Prisons. If there has been no designation made prior to the surrender date, then Sameena Ali and Griffen shall report to the Office of the United States Marshal in Oakland by 2:00 p.m. on the surrender date, or move for a brief additional extension. Glushenko's probation shall begin February 19, 2011.

    The judgments as to Mirza Ali and Sameena Ali will be amended to reflect the Ninth Circuit's reversal of their convictions of the offenses charged in Counts Eleven through Twenty of the Superseding Indictment. The Court will recommend to the Bureau of Prisons that

Sameena Ali be designated to serve her sentence at FCI Dublin and that Griffen be designated to serve his sentence at a federal prison camp.

IT IS SO ORDERED.

Dated: 2/10/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge